

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    In the Estate of F.J. Leonards, Deceased

Appellate case number:    01-20-00222-CV

Trial court case number:  P03986A

Trial court:              County Court of Chambers County

      Andrew P. Gertz, co-counsel for appellee, the Estate of F.J. Leonards, Deceased, has filed a motion to withdraw. Gertz represents that appellee's primary lead counsel, who is not identified in the motion, will remain counsel of record.

      Because the motion does not indicate the appellee "was notified in writing of the right to object to the motion," and because the motion lacks a certificate of conference, the motion is **denied**, without prejudice to refiling. *See* TEX. R. APP. P. 6.5(a)(4); 10.1(a)(5).

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually

Date: <u>August 18, 2020</u>